# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-988
Lower Tribunal No. 13-14860
_____

**Daryle Chestnut,**
Appellant,

vs.

**Angeleatha Chestnut,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Maria Espinosa Dennis, Judge.

Law Office of Ama N. Appiah, P.A., and Ama N. Appiah (St. Petersburg), for appellant.

Jackson-Holmes P.A., and Adres Jackson-Whyte, for appellee.

Before LOGUE, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.